IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID BRAUNSTEIN et al., <br><br> Petitioners, <br><br> v. <br><br> TWITTER, INC. and X CORP., <br><br> Respondents. | Case No. 1:25-cv-10733-PBS |

**NOTICE OF SETTLEMENT AND
JOINT MOTION TO STAY**

Petitioners David Braunstein et al. ("Petitioners") and Respondent X Corp., on its own behalf and as successor in interest to Respondent Twitter, Inc. ("Respondent") (Petitioners and Respondent collective as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle of this matter and are in the process of memorializing the settlement terms in a written agreement. Accordingly, the Parties jointly move to stay this matter, including all deadlines and pending motions. In support of their motion, the Parties state:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiff's claims in this action.

2. The Parties are in the process of drafting a written agreement addressing the specific settlement terms but expect it may take a few weeks to finalize and execute. The Parties anticipate filing a stipulated dismissal under Rule 41 within the next 30 days.

WHEREFORE, the Parties respectfully request that the Court stay the case, including all deadlines and pending motions, while they finalize the written settlement agreement.

1

Dated: September 2, 2025

    Respectfully submitted,
    PETITIONERS DAVID BRAUNSTEIN et al.,

    */s/ Shannon Liss-Riordan*
    Shannon Liss-Riordan, BBO #640716
    Thomas Fowler, BBO #688521
    LICHTEN & LISS-RIORDAN, P.C.
    729 Boylston Street, Suite 2000
    Boston, MA 02116
    (617) 994-5800
    email: sliss@llrlaw.com, tfowler@llrlaw.com

    Respectfully submitted,
    RESPONDENT X CORP. as successor in interest
    to TWITTER, INC.

    */s/ Keri L. Engelman*

    MORGAN LEWIS & BOCKIUS LLP

    Keri L. Engelman, BBO #704360
    One Federal Street
    Boston, MA 02110
    Tel: 617.341.7700
    Email: keri.engelman@morganlewis.com

    Michael E. Kenneally (*admitted pro hac vice*)
    James D. Nelson (*admitted pro hac vice*)
    1111 Pennsylvania Avenue, NW
    Washington, DC 20004
    Telephone: 202-739-3000
    Email: michael.kenneally@morganlewis.com
    Email: james.nelson@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served upon all counsel of record on September 2, 2025 using the Court's CM/ECF system.

*/s/ Keri L. Engelman*
Keri L. Engelman